COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant, *v.* HARRY A. ROMAN, Respondent.

(Submitted January 27, 1936; decided January 31, 1936.)

Motion for reargument and to amend the remittitur granted to the following extent, that the remittitur herein is hereby amended by striking out the provision reversing the judgments of the Appellate Division and Trial Term and granting a new trial, and substituting in place thereof the following:

" Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate Division." (See 269 N. Y. 451.)

In the Matter of JOHN T. MULLANE, Respondent, against JOHN McKENZIE, as Commissioner of Docks of the City of New York, et al., Appellants.

(Submitted January 27, 1936; decided January 31, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 369.)